**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**
www.ganb.uscourts.gov

| | |
|---|---|
| In Re: **Bryan Franklin Butler** Debtor(s) | Bankruptcy Case No. **25−59719−jrs** |
| **Leslie Robert Grant** Plaintiff(s) − v − | Adv Proc. No.: **25−05192−jrs** |
| **Bryan Franklin Butler** Defendant(s) | |

### ADVERSARY PROCEEDING NOTICE OF DEFICIENCY

TO: Leslie Robert Grant

You are notified that the Request for Entry of Default filed on 2/4/26, is deficient for the following reasons:

Missing Date of Issuance of Summons
Missing Statement of whether the Court fixed a deadline for the filing of an answer or motion, or whether the 30 or 35 day limit applies
Missing date of service of complaint
Missing Date of filing of certificate of service of summons and complaint
Missing Statement that no answer or motion has been received within the time limit fixed by the Court or by Bankruptcy Rule 7012(a)

Failure to timely remedy the deficiency noted above may delay prompt administration of the case. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 2/5/26

Vania S. Allen
Clerk of Court
By: Madeline Ramos−White
Deputy Clerk

Form 431ap − Notice of Deficiency 12/2016

United States Bankruptcy Court

Northern District of Georgia

Grant,

    Plaintiff

Butler,

    Defendant

Adv. Proc. No. 25-05192-jrs

## CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: 431ap | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Leslie Robert Grant, 10385 Catfish Rd, Salado, TX 76571-5961 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026        Signature:    /s/Gustava Winters